IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

KIM LIEVANO FERNANDEZ

XXX-XX-5993

Debtor(s)

CASE NO. 09-10584 ESL
Chapter 13

FILED & ENTERED ON 06/09/2010

## ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following: "Motion to modify plan or dismiss", filed by Trustee, docket #23.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 09 day of June, 2010.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
    TERESA M LUBE CAPO
    JOSE RAMON CARRION MORALES